**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RANDY DAVIS                                                                                                    PLAINTIFF

V.                                              No. 3:07CV00068 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                                DEFENDANT

## ORDER

On September 19, 2007, Plaintiff filed his first Motion for Extension of Time to File his Appeal Brief (docket entry #8), and, on September 28, 2007, Plaintiff filed his second Motion for Extension of Time to File his Appeal Brief (docket entry #9). Plaintiff's time for filing his Appeal Brief, or otherwise move, is hereby extended to and including October 31, 2007.

IT IS SO ORDERED this day 1st of October, 2007.

_____
UNITED STATES MAGISTRATE JUDGE