**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**


RANDY DAVIS                                                                        PLAINTIFF

V.                                          No. 3:07CV00068 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                DEFENDANT


**ORDER**

On November 5, 2007, Plaintiff filed his third Motion for Extension of Time to File his

Appeal Brief (docket entry #11), in which he states that Defendant has no objection.  Plaintiff's time

for filing his Appeal Brief, or otherwise move, is hereby extended to and including November 19,

2007.

IT IS SO ORDERED this 8th day of November, 2007.


_____
UNITED STATES MAGISTRATE JUDGE